**Order entered September 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00822-CR

**ANTWON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81511-2013**

## ORDER

The Court **REINSTATES** the appeal.

On September 1, 2015, we ordered that Stephanie Hudson be removed as appellant's attorney and that the trial court appoint new counsel to represent appellant on this appeal. On September 2, 2015, we received the trial court's order appointing Pamela Lakatos as appellant's new attorney.

We **DIRECT** the Clerk to list Pamela Lakatos as appellant's attorney of record.

We note that the trial court also made a finding that Ms. Lakatos should be given sixty days to file appellant's brief. We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order. Because this appeal was filed more than one year ago and appellant's brief is already five months overdue from its original due date, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order to Pamela Lakatos and the Collin County District Attorney's Office.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE